IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ELLEN WATSON,<br><br>     Plaintiff,<br><br>  vs.<br><br>FORD MOTOR COMPANY,<br><br>     Defendant.<br>_____/ | CASE NO. **CV-F-05-00225 LJO**<br>**(New case number)**<br><br>**ORDER TO SIGN AND RETURN**<br>**MAGISTRATE JUDGE CONSENT FORM** |

The parties' counsel indicated they consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge. Accordingly, this Court ORDERS the parties' counsel to obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ( "consent form"), which is available from this Court's webpage at http://207.41.18.73/caed/staticOther/page_947.htm. This Court further ORDERS the parties' counsel, no later than June 17, 2005 to sign and date the consent form and then submit the consent form to the chambers of United States Magistrate Judge Lawrence J. O'Neill, 1130 "O" Street, Room 1116, Fresno, CA 93721-2201.

**The new case number shall be CV F 05-00225 LJO.  All further papers shall bear the new case number.**

IT IS SO ORDERED.

**Dated:    May 23, 2005**                              /s/ Lawrence J. O'Neill
b9ed48                                                           UNITED STATES MAGISTRATE JUDGE