Robert J. Gibson (#144974)
Alexander L. Conti (#155945)
Brian A. Gabel (#232768)
SNELL & WILMER L.L.P.
600 Anton Boulevard
Costa Mesa, CA  92626-7689
Telephone: (714) 427-7000

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO BRANCH

| | |
|---|---|
| STEPHANIE ELLEN WATSON,<br><br>                        Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, and DOES 1-20, Inclusive,<br><br>                        Defendants | CASE NO.  1:05-CV-00225-REC-LJO<br><br>Honorable Robert E. Coyle<br>Courtroom 1<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE;ORDER**<br><br>REMOVAL DATE:  February 16, 2005<br><br>TRIAL DATE:          January 18, 2005 |

    Plaintiff Stephanie Ellen Watson and Defendant Ford Motor Company hereby agree and stipulate, through their attorneys of record, that the above-captioned action is hereby dismissed with prejudice pursuant to *Federal Rules of Civil Procedure* 41(a)(1) and 41(c).

/ / /

/ / /

/ / /

/ / /

It is further stipulated that all parties agree to waive costs and attorneys' fees.

DATED: February 15, 2006                TRACY & CARBOY

                                        By: //s//  E. Todd Tracy
                                        E. Todd Tracy
                                        Attorneys for Plaintiff,
                                        STEPHANIE ELLEN WATSON


DATED: February 15, 2006                LAW OFFICES OF JAMES P. CARR

                                        By: //s//  James P. Carr
                                        James P. Carr
                                        Attorneys for Plaintiff,
                                        STEPHANIE ELLEN WATSON


DATED: February 21, 2006                SNELL & WILMER L.L.P.

                                        By: //s//  Brian A. Gabel
                                        Robert J. Gibson
                                        Alexander L. Conti
                                        Brian A. Gabel
                                        Attorneys for Defendant,
                                        FORD MOTOR COMPANY

IT IS SO ORDERED.

**Dated:   March 8, 2006**               /s/ Lawrence J. O'Neill

66h44d                        UNITED STATES MAGISTRATE JUDGE